IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MCKAYNEE POWELL,<br><br>             Plaintiff,<br><br>vs.<br><br>WORKERS COMP,<br><br>             Defendant. | CV 25-2-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 24, 2025, (Doc. 5), this action is DISMISSED.

Dated this 24th day of March, 2025.

                      TYLER P. GILMAN, CLERK

                      /s/ Tyler P. Gilman